AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony Bernard Brooks _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No.     4:26-cv-2416-JD |
| Western Express, Inc. and Michael Monique ) | |
| Lashay Blackwell _____ *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Western Express, Inc. and Michael Monique Lashay Blackwell _____ .


Date: ___ 07/07/2026 ___

s/ Eric R. Tonnsen _____
*Attorney's signature*

Eric R. Tonnsen, Federal Bar # 09898 _____
*Printed name and bar number*

Tonnsen Bach, LLC
880 Island Park Drive, Suite 410
Charleston, SC 29492 _____
*Address*

etonnsen@tonnsenbach.com _____
*E-mail address*

((864) 236-5013) _____
*Telephone number*

((843) 377-8395) _____
*FAX number*