AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Anthony Bernard Brooks | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:26-cv-2416-JD |
| Western Express, Inc. and Michael Monique | ) | |
| Lashay Blackwell    *Defendant* | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Western Express, Inc. and Michael Monique Lashay Blackwell                                       .

Date:        07/07/2026

s/ Zachary A. Turner
_____
*Attorney's signature*

Zachary A. Turner, Federal Bar # 13841
_____
*Printed name and bar number*

Tonnsen Bach, LLC
1306 S. Church Street
Greenville, SC  29605
_____
*Address*

zturner@tonnsenbach.com
_____
*E-mail address*

((864) 236-5013)
_____
*Telephone number*

((864) 312-4191)
_____
*FAX number*