IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony Bernard Brooks,<br><br>Plaintiff,<br><br>vs.<br><br>Western Express, Inc., and Michael Monique Lashay Blackwell<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. **4:26-cv-02416-JD**<br><br>**DEFENDANTS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Under the provisions of Local Rule 26.01, Defendants Western Express, Inc. and Monique Lashay Michael Blackwell improperly named Michael Monique Lashay Blackwell hereby responds to the Court's Rule 26.01 Interrogatories as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**Defendants know of no subrogation interest involved in this case.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

**Defendants assert that this case should be tried by a jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

**Defendant Western Express, Inc. is not a publicly owned company; is not a parent to any publicly owned company; has no publicly owned parent, subsidiary, partner, or affiliate; no publicly owned company owns ten percent or more of defendant; and it does not own ten percent or more of any publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

**The Florence Division of the Federal Court for the District of South Carolina is the Division embracing the state court in which the claim was originally filed.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**Defendants are unaware of any prior related matters.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Defendant Western Express, Inc. and Defendant Monique Lashay Michael Blackwell have been correctly identified.**

G. If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**None known at this time.**

H. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**

**Defendants hereby respond to the Court regarding the issue of diversity of citizenship pursuant to 28 U.S.C. § 1332:**

**Western Express, Inc.**<br>
**7135 Centennial Place**<br>
**Nashville, TN 37209-1033**

**Monique Lashay Michael Blackwell**<br>
**402 Beach Street Apt. A**<br>
**Greensboro, NC 27406**

*Signature page follows*

Respectfully submitted,

s/Zachary A. Turner
Eric R. Tonnsen, Federal Bar #09898
Zachary A. Turner, Federal Bar #13841
TONNSEN BACH, LLC
1306 South Church Street
Greenville, South Carolina 29605
Phone: (864) 236-5013
Fax: (864) 312-4191
*etonnsen@tonnsenbach.com*
*zturner@tonnsenbach.com*

Attorneys for Defendants Western Express, Inc. and Monique Lashay Michael Blackwell

August 19, 2026

Greenville, South Carolina