**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| ANTHONY BERNARD BROOKS,<br><br>*Plaintiff,*<br><br>v.<br><br>WESTERN EXPRESS, INC. and MICHAEL MONIQUE LASHAY BLACKWELL,<br><br>*Defendants.* | **Case No. CA-4:26-cv-02416-SAC**<br><br>**RULE 26(f) Report** |

The parties, having consulted pursuant to Rule 26(f), FED. R. CIV. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

***Signature page follows***

| s/ Zachary A. Turner | s/ James G. Biggart II |
|---|---|
| Eric R. Tonnsen, Federal Bar #09898<br>Zachary A. Turner, Federal Bar #13841<br>TONNSEN BACH, LLC<br>1306 South Church Street<br>Greenville, South Carolina 29605<br><br>Attorneys for Defendant | James G. Biggart II, Federal Bar #14195<br>MORGAN & MORGAN<br>4401 Belle Oaks Drive, Suite 300<br>North Charleston, SC 29405<br><br>Attorney for Plaintiff |

September 25, 2026